NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re<br>GENTILE FAMILY INDUSTRIES, a Nevada corporation, aka GF INDUSTRIES,<br>Reorganized Debtor<br>───────────────<br>GENTILE FAMILY INDUSTRIES, a Nevada corporation, aka GF INDUSTRIES, Reorganized Debtor,<br>Plaintiff<br>vs.<br>DIATOM, LLC, a California Limited Liability Company; DAVID COOPER; STANLEY COOPER; WANDA COOPER; ROBERT THIESS, and DOES 1 through 30, inclusive,<br>Defendants<br>───────────────<br>AND RELATED COUNTER CLAIM | Civil Case No. SA CV-14-01794-DOC<br>[Assigned to the Hon. David O. Carter]<br>BK Case No.  8:13-bk-16402-TA<br>BK Adv. No.  8:14-ap-01264-TA<br>Chapter 11 Proceeding<br>**JUDGMENT IN FAVOR OF GENTILE FAMILY INDUSTRIES, A NEVADA CORPORATION AND AGAINST ROBERT THIESS** |

---

JUDGMENT

**WHEREAS,** on March 17, 2016 a Stipulation for Entry of Judgment duly executed by Plaintiff Gentile Family Industries and Defendant Robert Thiess was filed (Docket No. 145).

**IT IS HEREBY ORDERED** that Judgment be granted in favor of Plaintiff Gentile Family Industries, a Nevada Corporation and against Defendant Robert Thiess pursuant to the terms of the Stipulation for Entry of Judgment (Docket No. 145).

**IT IS SO ORDERED.**

Dated:   April 1, 2016

_David O. Carter_
_____
The Hon. David O. Carter
Judge of United States District Court

---

JUDGMENT

1